MARY KAVALENKA, Appellant, v. JOSEPH CUSHMAN and Another, Respondents. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

LUCILE PUGH, Appellant, v. PHILIP HERRMAN, Respondent, Impleaded with Another.— Order so far as appealed from modified by striking the words " and the amounts charged for each item " from item 1, and as so modified affirmed, without costs. No opinion. The bill of particulars to be served within thirty days from service of order. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

F. MEREDITH BLAGDEN, Appellant, Respondent, v. CONSTANCE HARE, Respondent, Appellant.— Order reversed, with ten dollars costs and disbursements to the plaintiff, and motion to vacate notice of examination in all respects granted, with ten dollars costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

DIRECT CONTROL VALVE COMPANY, Respondent, v. HYMAN S. CRYSTAL and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

GUISEPPE MAZZEO, Respondent, v. JOHN FERRANTE and Others, Defendants, Impleaded with LAWRENCE W. GIOVE, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

FRED J. STERBIN and Others, Respondents, v. CHARLES HOFER and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements, with leave to the defendants to answer within ten days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, Superintendent of Insurance, etc., Respondent, for an Order to Take Possession of the Property and Liquidate the Business of THE INDEPENDENT MUTUAL CASUALTY COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.